UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICTOR QUAN,

                Petitioner,

  -against-

RICHARD POTTER, Superintendent,
Great Meadows Correctional Facility,

                Respondent.
-------------------------------------------------------------X

JUDGMENT
06-CV- 4841 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 31 2007 ★

    A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on October 29, 2007, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
         October 31, 2007

                                                   s/Robert C. Heinemann
                                                 ROBERT C. HEINEMANN
                                                 Clerk of Court